UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL L SANDERS,

    Plaintiff,

v.

DANA FIELDS,

    Defendant.

CASE NO. C14-5897 RBL-JRC

ORDER GRANTING PLAINTIFF ADDITIONAL TIME TO FILE AN AMENDED COMPLAINT

    The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR1, MJR3 and MJR4.

    Currently before the Court is plaintiff's motion for additional time to file an amended complaint (Dkt. 5). The action is before the Court for initial screening and has not been served. Plaintiff alleges that he is having trouble accessing the law library and that documents the Court asked him to produce are "not readily available" (Dkt. 5).

The Court grants plaintiff until February 13, 2015 to file an amended complaint that cures the defects outlined in the Court's November 18, 2014 order (Dkt. 3).

Dated this 20th day of January, 2015.

_____
J. Richard Creatura
United States Magistrate Judge