UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL L SANDERS,

          Plaintiff,

    v.

DANA FIELDS, THOMAS LEDOUCEUR,

          Defendants.

CASE NO. C14-5897 RBL-JRC

ORDER

    The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR1, MJR3 and MJR4.

    Currently before the Court is plaintiff's second motion asking for additional time to file an amended complaint (Dkt. 7). The motion is noted for February 6, 2015. The Court has not ordered service in this action. Defendants have not appeared and will not be responding to plaintiff's motion. Accordingly, the Court has no reason to wait until the noting date to enter an order regarding plaintiff's pending motion.

ORDER - 1

1   The Court entered the order directing plaintiff to amend his complaint on November 18,
2   2014 (Dkt. 3). The Court gave plaintiff over one month to comply with that order (*id*.). Plaintiff
3   filed a motion for additional time two days before the amended complaint was due (Dkt. 5). On
4   January 20, 2015, the Court granted plaintiff's motion giving him until February 13, 2015 to file
5   his amended complaint (Dkt. 6). That same day, January 20, 2015, plaintiff filed a second
6   motion asking for additional time to file his amended complaint (Dkt. 7).

7   Plaintiff's amended complaint is due on or before February 13, 2015. Plaintiff has not
8   shown good cause to extend this deadline further. Accordingly, the second motion for additional
9   time to file an amended complaint is denied.

10   Dated this 22nd day of January, 2015.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2