UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL L SANDERS,

    Plaintiff,

  v.

DANA FIELDS, THOMAS LEDOUCEUR,

    Defendants.

CASE NO. C14-5897 RBL-JRC

ORDER

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) The Court dismisses this action, with prejudice, for failure to state a claim, failure to comply with a court order, and failure to prosecute.  This dismissal counts as a strike pursuant to 28 U.S.C. 1915(e) and (g).

DATED this 23rd day of March, 2015.

*[signature: Ronald B. Leighton]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1